UNITED STATES of America,
Plaintiff–Appellee,

v.

Hermila Larios SANDOVAL,
Defendant–Appellant.

No. 11–14904
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 5, 2012.

Elizabeth Hathaway, Lawrence R. Sommerfeld, William L. McKinnon, Jr., Amanda Schlager Wick, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Dennis C. O'Brien, Attorney at Law, Marietta, GA, for Defendant–Appellant.

Hermila Sandoval, Danbury, CT, pro se.

Before CARNES, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

Dennis C. O'Brien, appointed counsel for Hermila Sandoval in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and Sandoval's conviction and sentence are **AFFIRMED.**